RECEIVED

JAN 1 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Gregorio Vasquez Ramirez | Civil Action No. 6:16-CV-1157 |
| versus | Judge Rebecca F. Doherty |
| Contractor Labor Services, LLC and Eduardo Hernandez | Magistrate Judge Carol B. Whitehurst |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Therefore, having determined that the action presents a bona fide dispute over FLSA provisions, that the Settlement is fair, adequate, reasonable and in the best interests of the parties, and that the attorneys' fees and expenses sought by plaintiff's counsel are reasonable, fair, and adequate,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion for Approval of Settlement is **GRANTED** on the terms and conditions set forth in the Settlement Agreement and that the **Settlement** is **APPROVED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Joint Motion for Dismissal with Prejudice is **GRANTED** and that this action is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Lafayette, Louisiana, this 10th day of January, 2017.
~~December, 2016.~~

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE